

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00078-CR

_____


FLORENCIO BARGAS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the County Criminal Court No. 3
Denton County, Texas
Trial Court No. CR-2016-07928-A


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Florencio Bargas has filed a motion to dismiss this appeal.[1] The motion was signed by both Bargas and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted: July 17, 2017
Date Decided: July 18, 2017

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2